**Thomas Jason SCHOLL, etc., et al., Plaintiffs,**

v.

**LEDERLE LABORATORIES DIVISION, etc., et al., Defendants.**

**No. CIV 85–409 TUC–RMB.**

United States District Court,
D. Arizona.

Nov. 10, 1987.

Janice A. Wezelman, Miller & Pitt, Tucson, Ariz., Andrew W. Dodd, Denver & Dodd, Torrance, Cal., for plaintiffs.

D. B. Udall, Chandler, Tullar, Udall & Redhair, Tucson, Ariz., Odette L. Ashley, Haight, Dickson, Brown & Bonesteel, Santa Monica, Cal., for Lederle Laboratories.

John Reiner, Herzfeld & Rubin, Los Angeles, Cal., Darwin J. Nelson, Kimble, Gothreau, Nelson & Cannon, Tucson, Ariz., for Connaught Laboratories.

BILBY, Chief Judge.

The Court, having read all the cases submitted by counsel, finds the reasoning most persuasive in *Patten v. Lederle Laboratories*, 655 F.Supp. 745 (D.Utah, 1987).

Neither the statute, congressional intent, or logic mandate a holding that the federal government has preempted state tort law in this area.

IT IS ORDERED that the Defendants' Motions For Partial Summary Judgment are DENIED.